# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 10-00032-GW (MANx) | Date | July 14, 2011 |
|---|---|---|---|

| Title | International Broadcast Consultants Inc. v. Chyron Corporation, et al. |
|---|---|

| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |
|---|---|

| E. Carson | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**      [IN CHAMBERS]    Defendant Chryon Corporation's Motion To Compel The Deposition Of Non-Party Heather Antoine and Request for Sanctions ("Defendant's Motion")

The Court orders Defendant Chryon Corporation ("Chryon") to show cause why its Motion To Compel The Deposition Of Non-Party Heather Antoine and Request for Sanctions, which was filed on July 6, 2011, and noticed for hearing on July 27, 2011, should not be taken off calendar as untimely. Pursuant to the Order issued by District Judge George H. Wu on January 5, 2011, the discovery cutoff, which was continued twice previously, was set for May 24, 2011. Defendant's Motion was filed more than 40 days past the discovery cutoff. Chryon's response to this Order To Show Cause shall be filed by not later than Friday, July 22, 2011.

cc:     All parties of record

                                                                  : 

                                    Initials of Preparer     efc